Van Cott, Bagley, Cornwall & McCarthy, P.C.
Mark A. Wagner (6353)
36 South State Street, Suite 1900
Salt Lake City, UT 84111-1478
Telephone:  (801) 532-3333
Facsimile:  (801) 534-0058
*Attorneys for Defendant Metro Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **AARON L. SAMPSON,** <br><br> Plaintiff, <br><br> vs. <br><br> **METRO LOGICS, INC.,** <br><br> Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Case No. 2:12-cv-00718 <br><br> Hon. Robert J. Shelby |

Pursuant to the Stipulation and Joint Motion for Dismissal with Prejudice filed by the parties in the above-captioned civil action, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-captioned civil action is hereby dismissed with prejudice and on the merits, the parties to bear their own fees and costs.

DATED this 13th day of September, 2013.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge